DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHRISTOPHER HEAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:03-cr-5068 OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE; AND PROPOSED ORDER |
| v. | ) ) | THEREON |
| CHRISTOPHER HEAL, | ) ) | Date : May 31, 2007 |
| Defendant. | ) ) | Time : 1:30 p.m. Judge : Hon. Dennis L. Beck |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for May 25, 2007, may be continued to **May 31, 2007 at 1:30 p.m.**

The reason for the requested continuance is because of a change in defendant's work schedule. Defendant has been informed of the new court date and will be present.

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice, including but not limited to, the need for the period of time set forth herein for further defense

///
///
///
///
///
///

1 | preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

2 | DATED:  May 23, 2007     McGREGOR W. SCOTT
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney
Attorney for Plaintiff

DATED: May 23, 2007     DANIEL J. BRODERICK
Federal Defender

/s/ Victor M. Chavez
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.

Dated:   **May 24, 2007**              /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Status Conference Hearing    2